November 16, 2022

Tiffany Morris

10 N Calvert St. #903

Baltimore MD 21202

To Whom It May Concern:

This letter is to request an extension on all motions pertaining to case number 22-cv-02727-LKG . I am requesting extension for the initial filing against myself, the mayor and the city council of Baltimore. I am also requesting extension for the TRO filing. It is necessary for me to have adequate time to find council and to review my rights in this case. It is also pertinent that I receive an extension as there is current local criminal litigation happening against the named plaintiff in this case along with a local peace order against her. Please grant this extension immediately as I am seeking council.

Thank you,

Tiffany Morris

Tiffany Morris