**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Northern Division–**

| | |
|---|---|
| IESHA HENRIQUES, *et al.*,<br><br>*Plaintiffs*<br><br>–v–<br><br>THE MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*,<br><br>*Defendants.* | Civil Action No.: 22-cv-02727<br><br>The Honorable<br>Lydia Kay Griggsby |

**PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION TO RENEW REQUEST FOR DEFAULT AGAINST DEFENDANT TIFFANY MORRIS**

Pursuant to the Court's Case Management Order (ECF No. 6), Plaintiffs hereby provide notice that they seek permission to file a Motion to Renew their Motion for Default against Defendant Tiffany Morris.

This matter arises out of a September 28, 2022 eviction during which Defendant Tiffany Morris used an unconstitutional Baltimore City Ordinance to claim ownership of all of Plaintiffs' personal belongings, including items of immense personal importance to Plaintiffs that are worthless to Defendant Morris, such as an urn containing the ashes of Plaintiff Iesha Henriques' daughter. Within a few days of the eviction – October 1, 2022 – Plaintiffs' had informed Defendant Morris that this Court has recently ruled that the Baltimore City Ordinance is unconstitutional, and renewed their demands for the immediate return of their belongings.

Other than a cruel text message to Plaintiffs the day of the eviction, ECF No. 10-7, Defendant Morris has not responded to Plaintiffs' repeated requests for the return of their belongings. Defendant Morris was served with the Complaint in this matter via personal delivery on October 29, 2022. ECF No. 7. With the Court's permission, Plaintiffs filed a Motion for Temporary Restraining Order, Preliminary Injunction, and Show Cause Order and Request for Probable Cause Hearing on November 8, 2022 (the "TRO Motion"), to which Defendant Morris has never responded. ECF No. 10.

When Defendant Morris did not file an Answer to the Complaint, Plaintiffs filed a Motion for Default on November 23, 2022. ECF No. 16. In a letter that was

evidently filed with the Court that same day but was not entered into the docket until November 28, 2022, Defendant Morris requested an extension for filing a response to the Complaint and the TRO Motion. This Court granted the request by Defendant Morris and set a deadline of January 3, 2023 for providing a status report regarding her efforts to secure counsel. ECF No. 18.

As of today's date, January 10, 2023, Plaintiffs have not been contacted by Defendant Morris in any way regarding this matter, and have not received any response that Defendant Morris may have made to this Court's Order that she provide a status report and setting a deadline of January 3, 2023. Nor has Defendant Morris returned any of Plaintiffs' belongings. Plaintiffs' counsel's efforts to contact Defendant Morris at the phone number that she provided to Plaintiffs have been met with a message that the number has been disconnected. As of this morning, the docket in this case does not reflect Defendant Morris having filed anything with the Court that she may have neglected to serve on Plaintiffs.

The continued depravation of their belongings because of Defendants has caused Plaintiffs immense hardship and distress. Accordingly, Plaintiffs seek permission to renew their Motion for Default (ECF No. 16) and that the Court grant their TRO Motion to prevent Defendant Morris from disposing of their belongings and setting a probable cause hearing regarding whether Defendant Morris should be ordered to return Plaintiffs' belongings.

**PROPOSED TIMING**

As with regard to Plaintiffs' TRO Motion, Plaintiffs are prepared to act on an expedited basis with regard to this matter. Plaintiffs' urgency is caused by the continued depravation of their belongings. Once any preliminary order preventing Defendant Morris from transferring, destroying or otherwise disposing of Plaintiffs' belongings is in place, the most urgent aspect of this matter will be alleviated and Plaintiffs will be generally agreeable to whatever reasonable deadlines Defendants may need for responding and preparing for any probable cause hearing.

Dated: January 10, 2023
Baltimore, Maryland

Respectfully submitted,

/s/ Joseph S. Mack

Joseph S. Mack
(D. Md. Bar No. 29021)
THE LAW OFFICES OF JOSEPH S. MACK
PO Box 65066
Baltimore, MD 21209
(443) 423-0464
joseph@macklawonline.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2023, Plaintiffs' Notice of Intent to File Motion to Renew Request for Default Against Defendant Tiffany Morris was served via the Court's CM/ECF system on:

Renita L. Collins
Hanna Marie C. Sheehan
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202

and via first class mail on:

Tiffany Morris
10 N. Calvert Street #903
Baltimore, MD 21202

/s/ Joseph S. Mack
Joseph S. Mack