**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| Iesha Henriques, et al. | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:22−cv−02727−LKG |
| | * | |
| The Mayor and City Council of Baltimore, et al. | * | |
| Defendant(s) | * | |

---

**NOTICE OF DEFAULT**

**To Tiffany Morris:**

You are hereby notified that an order of default was entered against you in this Court on 2/14/2023. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

February 14, 2023
Date

By: Denis Gurevich
Deputy Clerk