**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Northern Division–**

| | |
|---|---|
| IESHA HENRIQUES, *et al.*,<br>*Plaintiffs*<br><br>–v–<br><br>THE MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*,<br><br>*Defendants.* | Civil Action No.: 22-cv-02727<br><br>The Honorable<br>Lydia Kay Griggsby |

**JOINT MOTION TO STAY**

Named Plaintiffs Iesha and Embria Henriques and Defendant Mayor and City Council of Baltimore (the "City") jointly request that this Court stay this deadlines in the current Scheduling Order in this case pending finalization of the terms of a settlement in this matter, and in support state as follows:

1) With the assistance of Judge Chelsea Crawford through several settlement conferences, Plaintiffs and the City have arrived at terms for a class-wide settlement in this matter. Plaintiffs and the City have signed a Terms Sheet agreeing on the main points of the settlement and are diligently working to fully memorialize the agreement in a settlement agreement.

2) Plaintiffs and the City believe that they will have finalized the settlement agreement on or before October 8, 2026. The proposed agreement will submitted to City Board of Estimates for approval on September 15, 2026. Plaintiffs anticipate being able to file their Motion for Preliminary Approval of the proposed settlement approximately two weeks after the approval by the Board of Estimates.

3) Under the current Scheduling Order in this matter (ECF No. 75), Plaintiffs' Motion for Class Certification is due on August 22, 2026.

4) Plaintiffs and the City request that the deadlines in the current Scheduling Order be stayed until November 1, 2026 to allow the Plaintiffs and the City to finalize the settlement agreement and for Plaintiffs to move for preliminary approval. In the event that a full settlement agreement is not agreed upon, or if preliminary approval is not granted, Plaintiffs and the City will confer and provide a status report suggesting new deadlines for Plaintiffs' Motion for Class Certification within two weeks of the failure to agree or the denial of preliminary approval.

5) This court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997).

6) Defendant Tiffany Morris is in default in this matter and has not participated.

WHEREFORE, Plaintiffs and the City respectfully request that this Court enter an order staying the deadlines in the current Scheduling Order.

Respectfully submitted,

*/s/ Robert W. Murphy*
Robert W. Murphy
Bar No. 22160
440 Premier Circle, Suite 240
Charlottesville, VA 22901
Tel. (434) 328-3100
rwmurphy@lawfirmmurphy.com

Joseph Mack
D. Md. Bar No. 29021
The Law Offices of Joseph S. Mack
PO Box 65066
Baltimore, MD 21209
Tel. (443) 423-0464
joseph@macklawonline.com

*Counsel for Named Plaintiffs*

*/s/ Renita L. Collins*
Renita L. Collins
D. Md. Bar No. 28637
Hanna Marie C. Sheehan
D. Md. Bar No. 19531
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Tel. (410) 396-3930
Renita.Collins@baltimorecity.gov
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendant Baltimore City*

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Motion to Stay was served by the Court's Electronic Court Filing system this 17th day of August 2026, upon:

Renita L. Collins
Hanna Marie C. Sheehan
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202

*Attorneys for Defendant Baltimore City*

*/s/ Robert W. Murphy*_________
Robert W. Murphy