**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Northern Division–**

| | |
|---|---|
| **IESHA HENRIQUES, *et al.*** <br> ***Plaintiffs*** <br> **–v–** <br> **THE MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*** <br> ***Defendants.*** | **Civil Action No.: 1:22-cv-2727-LKG** |

**[PROPOSED] ORDER ON JOINT MOTION TO STAY**

Upon consideration of the Joint Motion to Stay filed herein by Plaintiffs, Iesha Henriques and Embria Henriques, and Defendant, Mayor and City Council of Baltimore, it is this ______ day of _______________2026, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the case deadlines in the current Scheduling Order are hereby stayed until November 1, 2026, to allow the parties time to finalize the settlement agreement and for Plaintiffs to move for preliminary approval.

2. That if the parties are unable to finalize the settlement agreement or obtain preliminary approval, within two weeks of same the parties will provide a

status report with proposed new deadlines for Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE